# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WALKER, JAMES RANDALL § Case No. 10-70262
WALKER, KIMBERLY ANN §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 26, 2010. The undersigned trustee was appointed on March 04, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       10,602.04

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 10,602.04 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/16/2010 and the deadline for filing governmental claims was 09/16/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,810.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,810.20, for a total compensation of $1,810.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $35.82, for total expenses of $35.82.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2010      By:/s/JOSEPH D. OLSEN
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70262
**Case Name:** WALKER, JAMES RANDALL
WALKER, KIMBERLY ANN
**Period Ending:** 11/12/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 01/26/10 (f)
**§341(a) Meeting Date:** 03/04/10
**Claims Bar Date:** 09/16/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6907 Mason Hill Road, McHenry, IL 60050<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 301 Clyde Gleaves Road, Wartrace, TN<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account at Harris Bank, Woodstock branc<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 4 | Normal household goods and furnishings<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 5 | Normal wearing apparel for work and leisure<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401(k) - Kim Walker through employment at Boehri<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Barrington Homeworks, Inc., Barrington, IL; 100%<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2002 Ford F250 w/ 90,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2009 Federal income tax refund | 12,066.00 | 10,066.00 | | 10,066.00 | FA |
| 10 | 2009 state tax refund (u) | 0.00 | 535.00 | | 535.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.04 | Unknown |
| 11 | Assets Totals (Excluding unknown values) | $641,366.00 | $10,601.00 | | $10,602.04 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 11/12/2010 08:34 AM V.12.54

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70262
**Case Name:** WALKER, JAMES RANDALL
WALKER, KIMBERLY ANN
**Period Ending:** 11/12/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 01/26/10 (f)
**§341(a) Meeting Date:** 03/04/10
**Claims Bar Date:** 09/16/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** November 12, 2010 (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-70262 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | WALKER, JAMES RANDALL | Bank Name: | The Bank of New York Mellon |
|  | WALKER, KIMBERLY ANN | Account: | 9200-******45-65 - Money Market Account |
| Taxpayer ID #: | **-***2970 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/12/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/10 | {9} | James R. Walker | 09 federal tax refund | 1124-000 | 10,066.00 |  | 10,066.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 |  | 10,066.25 |
| 08/02/10 | {10} | James Walker | 09 State of Illinois refund | 1224-000 | 535.00 |  | 10,601.25 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 |  | 10,601.87 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 |  | 10,601.95 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 |  | 10,602.04 |

|  | ACCOUNT TOTALS | 10,602.04 | 0.00 | $10,602.04 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 |  |
|  | Subtotal | 10,602.04 | 0.00 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | NET Receipts / Disbursements | $10,602.04 | $0.00 |  |

| Net Receipts : | 10,602.04 |
|---|---|
| Net Estate : | $10,602.04 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******45-65 | 10,602.04 | 0.00 | 10,602.04 |
|  | $10,602.04 | $0.00 | $10,602.04 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: September 16, 2010

Case Number: 10-70262　　　　　　　　　　　Page: 1　　　　　　　　　　　Date: November 12, 2010
Debtor Name: WALKER, JAMES RANDALL　　　　　　　　　　　　　　　　　　　Time: 08:34:02 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,810.20 | $0.00 | 1,810.20 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $35.82 | $0.00 | 35.82 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,164.00 | $0.00 | 1,164.00 |
| 1<br>100 | First Community Bank of Bedford County<br>c/o Andrew C. Rambo<br>P.O. Box 129<br>Shelbyville, TN 37162 | Secured | Allowed but no distribution to be made | $0.00 | $0.00 | 0.00 |
| 2<br>610 | Jae Sul<br>CitiLaw LLC<br>350 East Dundee Rd Ste 320<br>Wheeling, IL 60090 | Unsecured | | $23,012.00 | $0.00 | 23,012.00 |
| 3<br>610 | Quintessential Barrington<br>c/o Michael Davis Weis<br>P.O. Box 1166<br>Northbrook, IL 60065 | Unsecured | | $1,888.00 | $0.00 | 1,888.00 |
| 4<br>610 | Baer Supply Co.<br>c/o Michael Weis<br>POB 1166<br>Northbrook, IL 60065 | Unsecured | | $848.33 | $0.00 | 848.33 |
| 5<br>610 | R Steven Polachek<br>1000 Hart Road<br>Suite 300<br>Barrington, IL 60010 | Unsecured | | $5,507.50 | $0.00 | 5,507.50 |
| 6<br>610 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $23,515.37 | $0.00 | 23,515.37 |
| 7<br>610 | Mastercraft Industries<br>120 W. Allen St.<br>Rice Lake, WI 54868 | Unsecured | | $3,567.18 | $0.00 | 3,567.18 |
| 8<br>610 | Glen and Maureen Roberts<br>991 Commonwealth<br>Barrington, IL 60010 | Unsecured | | $6,810.00 | $0.00 | 6,810.00 |
| 9<br>610 | Christina Clary<br>794 Provincetown Dr.<br>Carol Stream, IL 60188 | Unsecured | | $2,390.57 | $0.00 | 2,390.57 |
| 10<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,717.32 | $0.00 | 4,717.32 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: September 16, 2010

Case Number: 10-70262  
Debtor Name: WALKER, JAMES RANDALL  
Page: 2  
Date: November 12, 2010  
Time: 08:34:02 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 / 610 | Chase Bank USA, N.A. <br> PO Box 15145 <br> Wilmington, DE 19850-5145 | Unsecured | | $22,759.40 | $0.00 | 22,759.40 |
| 12 / 610 | American Infosource Lp As Agent for <br> Citibank (South Dakota) N.A. <br> PO Box 248840 <br> Oklahoma City, OK 73124-8840 | Unsecured | | $8,754.71 | $0.00 | 8,754.71 |
| 13 / 610 | Boehm & Boehm <br> 201 W. Main St. <br> Barrington, IL 60010 | Unsecured | | $25,513.48 | $0.00 | 25,513.48 |
| 14 / 610 | Pioneer Cabinetry, Inc. <br> PO Box 280 <br> Davison, MI 48423 | Unsecured | | $12,799.50 | $0.00 | 12,799.50 |
| 15 / 610 | GE Money Bank <br> c/o Recovery Management Systems Corporat <br> 25 SE 2nd Ave Suite 1120 <br> Miami, FL 33131-1605 | Unsecured | | $1,676.27 | $0.00 | 1,676.27 |
| 16 / 610 | GE Money Bank <br> c/o Recovery Management Systems Corporat <br> 25 SE 2nd Ave Suite 1120 <br> Miami, FL 33131-1605 | Unsecured | | $104.45 | $0.00 | 104.45 |
| 17 / 610 | Chase Bank USA, N.A <br> c/o Creditors Bankruptcy Service <br> P O Box 740933 <br> Dallas, TX 75374 | Unsecured | | $109.59 | $0.00 | 109.59 |
| 18 / 610 | Troy Dixler <br> c/o Boyd & Kummer LLC <br> 20 S Clark Suite 500 <br> Chicago, IL 60603 | Unsecured | per Court order of 11/10/10 allowed as unsecured | $111,415.00 | $0.00 | 111,415.00 |
| 19 / 610 | Novak Parker Appliances <br> 1016 E. Northwest Highway <br> Mount Prospect, IL 60056 | Unsecured | | $7,352.60 | $0.00 | 7,352.60 |
| << Totals >> | | | | 265,751.29 | 0.00 | 265,751.29 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-70262
Case Name: WALKER, JAMES RANDALL
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $   10,602.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $   0.00
Remaining balance: $   10,602.04

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,810.20 | 0.00 | 1,810.20 |
| Trustee, Expenses - JOSEPH D. OLSEN | 35.82 | 0.00 | 35.82 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,164.00 | 0.00 | 1,164.00 |

Total to be paid for chapter 7 administration expenses:   $   3,010.02
Remaining balance:   $   7,592.02

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 7,592.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 262,741.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Jae Sul | 23,012.00 | 0.00 | 664.94 |
| 3 | Quintessential Barrington | 1,888.00 | 0.00 | 54.55 |
| 4 | Baer Supply Co. | 848.33 | 0.00 | 24.51 |
| 5 | R Steven Polachek | 5,507.50 | 0.00 | 159.14 |
| 6 | USAA FEDERAL SAVINGS BANK | 23,515.37 | 0.00 | 679.49 |
| 7 | Mastercraft Industries | 3,567.18 | 0.00 | 103.07 |
| 8 | Glen and Maureen Roberts | 6,810.00 | 0.00 | 196.78 |
| 9 | Christina Clary | 2,390.57 | 0.00 | 69.08 |
| 10 | Chase Bank USA, N.A. | 4,717.32 | 0.00 | 136.31 |
| 11 | Chase Bank USA, N.A. | 22,759.40 | 0.00 | 657.64 |
| 12 | American Infosource Lp As Agent for | 8,754.71 | 0.00 | 252.97 |
| 13 | Boehm & Boehm | 25,513.48 | 0.00 | 737.22 |
| 14 | Pioneer Cabinetry, Inc. | 12,799.50 | 0.00 | 369.85 |
| 15 | GE Money Bank | 1,676.27 | 0.00 | 48.44 |
| 16 | GE Money Bank | 104.45 | 0.00 | 3.02 |
| 17 | Chase Bank USA,N.A | 109.59 | 0.00 | 3.17 |
| 18 | Troy Dixler | 111,415.00 | 0.00 | 3,219.38 |
| 19 | Novak Parker Appliances | 7,352.60 | 0.00 | 212.46 |

Total to be paid for timely general unsecured claims:    $    7,592.02
Remaining balance:    $    0.00

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**