UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: WALKER, JAMES RANDALL | § | Case No. 10-70262 |
| WALKER, KIMBERLY ANN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 1/26/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 11/12/2010     By: /s/JOSEPH D. OLSEN
                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: WALKER, JAMES RANDALL | § | Case No. 10-70262 |
| WALKER, KIMBERLY ANN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,602.04 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,602.04 |

**Balance on hand:** $ 10,602.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,602.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,810.20 | 0.00 | 1,810.20 |
| Trustee, Expenses - JOSEPH D. OLSEN | 35.82 | 0.00 | 35.82 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,164.00 | 0.00 | 1,164.00 |

Total to be paid for chapter 7 administration expenses:   $     3,010.02
Remaining balance:   $     7,592.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims:   $     0.00
Remaining balance:   $     7,592.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 262,741.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 2 | Jae Sul | 23,012.00 | 0.00 | 664.94 |
|---|---|---|---|---|
| 3 | Quintessential Barrington | 1,888.00 | 0.00 | 54.55 |
| 4 | Baer Supply Co. | 848.33 | 0.00 | 24.51 |
| 5 | R Steven Polachek | 5,507.50 | 0.00 | 159.14 |
| 6 | USAA FEDERAL SAVINGS BANK | 23,515.37 | 0.00 | 679.49 |
| 7 | Mastercraft Industries | 3,567.18 | 0.00 | 103.07 |
| 8 | Glen and Maureen Roberts | 6,810.00 | 0.00 | 196.78 |
| 9 | Christina Clary | 2,390.57 | 0.00 | 69.08 |
| 10 | Chase Bank USA, N.A. | 4,717.32 | 0.00 | 136.31 |
| 11 | Chase Bank USA, N.A. | 22,759.40 | 0.00 | 657.64 |
| 12 | American Infosource Lp As Agent for | 8,754.71 | 0.00 | 252.97 |
| 13 | Boehm & Boehm | 25,513.48 | 0.00 | 737.22 |
| 14 | Pioneer Cabinetry, Inc. | 12,799.50 | 0.00 | 369.85 |
| 15 | GE Money Bank | 1,676.27 | 0.00 | 48.44 |
| 16 | GE Money Bank | 104.45 | 0.00 | 3.02 |
| 17 | Chase Bank USA,N.A | 109.59 | 0.00 | 3.17 |
| 18 | Troy Dixler | 111,415.00 | 0.00 | 3,219.38 |
| 19 | Novak Parker Appliances | 7,352.60 | 0.00 | 212.46 |

Total to be paid for timely general unsecured claims:    $    7,592.02
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| | | N/A | | |

        Total to be paid for tardy general unsecured claims:  $  0.00
        Remaining balance:  $  0.00

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

        Total to be paid for subordinated claims: $  0.00
        Remaining balance:  $  0.00


       Prepared By: /s/JOSEPH D. OLSEN
              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 3          Date Rcvd: Jan 04, 2011
Case: 10-70262                Form ID: pdf006             Total Noticed: 107


The following entities were noticed by first class mail on Jan 06, 2011.
db/jdb       +James Randall Walker,    Kimberly Ann Walker,    c/o Dorothy Jay,    5389 Lewisburg Hwy,
               Pulaski, TN 38478-8900
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Jim Fine,    McKenna Storer,    666 Russel Court,    Suite 303,    Woodstock, IL 60098-2672
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15005540     +A Sure Wood Flooring Co.,     P.O. Box 6711,    Bloomingdale, IL 60108-6711
15005546     +AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
15005547     +ATT Yellow Pages,    Liquidebt Systems,    29W170 Butterfield Road Suite 102,
               Warrenville, IL 60555-2808
15005541     +All Done Remodeling,    912 N. Madison,    Woodstock, IL 60098-2835
15005542     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15005544     +Associated Bank,    200 N Adams St,    Green Bay, WI 54301-5174
15005548     +Baer Supply Co.,    c/o Michael Weis,    POB 1166,    Northbrook IL 60065-1166
15750294     +Baer Supply Co.,    909 Forest Edge Drive,    Vernon Hills, IL 60061-3149
15005549     +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3552
15005550     +Banco Populr,    Po Box 19360,    Portland, OR 97280-0360
15005552      Bank Of America,    De5-019-03-07,    Newark, DE 19714
15005551      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
15005555     +Boehm & Boehm,    201 W. Main St.,    Barrington, IL 60010-4205
15005557    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,      Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
15005556     +Cabinets by Graber, Inc.,    15210 Grabill Rd.,    Grabill, IN 46741-9719
15005562     +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
15005560     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15808776      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15923765     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15005563     +Chase Na,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
15005564     +Christina Clary,    794 Provincetown Dr.,    Carol Stream, IL 60188-2971
15005566     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15005565     +Citi,   P.o. Box 6500,    Sioux Falls, SD 57117-6500
15005570     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15005571     +Citicards,    Po Box 6241,    Sioux Falls, SD 57117-6241
15005572     +Custom Marble and Granite,    27992 W. State Route 120,    Unit 71,    Lakemoor, IL 60051-7235
15005576     +DNSB Macys,    9111 Duke Blvd.,    Mason, OH 45040-8999
15125726     +Dura Supreme Inc,    c/o Teller Levit Silvertrust,    11 E Adams - 8th Floor,
               Chicago IL 60603-6324
15005577     +Ed and Stephanie McLoughlin,    20620 Meadow Dr.,    Barrington, IL 60010-3606
15005578     +Fia Csna,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
15230507     +First Community Bank of Bedford County,     c/o Andrew C. Rambo,    P.O. Box 129,
               Shelbyville, TN 37162-0129
15005579     +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
15005583     +Glen and Maureen Roberts,    991 Commonwealth,    Barrington, IL 60010-3154
15005584     +Grand Appliance and TV,    1275 Randall Road,    Crystal Lake, IL 60014-8601
15005585     +Groot Industries,    P.O. Box 92317,    Elk Grove Village, IL 60009-2317
15005590     +HSBC,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
15005595     +HSBC/rs,    90 Christina Rad,    New Castle, DE 19720-3118
15005588      Hafele,    P.O. Box 75532,    Charlotte, NC 28275
15005589     +Harris Bank Barrington,    201 S Grove Av,    Barrington, IL 60010-4493
15005591     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15005592     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
15005593     +Hsbc Rooms To Go,    Hsbc Retail Srvs/Attn: Bk Dept,    Pob 5263,    Carol Stream, IL 60197-5263
15005594     +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
15005596     +Hsbc/ynkrs,    Po Box 15521,    Wilmington, DE 19850-5521
15005597     +Illinois Department of Revenue,    PO Box 19035,    Springfield, IL 62794-9035
15005599     +Illinois Dept. Employment Security,    Collections Section,    33 S. State St., 10th Floor,
               Chicago, IL 60603-2803
15005600      Internal Revenue Service,    Kansas City, MO
15005601     +J Deere Crdt,    8402 Excelsior Dr.,    Madison, WI 53717-1909
15005633     +Jae Sul,    CitiLaw LLC,    350 East Dundee Rd Ste 320,    Wheeling IL 60090-3119
15005602     +Jim and Peggy Drury,    2 Deepwood Road,    Barrington, IL 60010-8620
15005603     +Kitchens.Com,    4611 Ravenswood Ave. Suite 101,    Chicago, IL 60640-7565
15005605     +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15005606     +Mastercraft Industries,    120 W. Allen St.,    Rice Lake, WI 54868-2227
15005607     +Nelnet,    Attn: Claims,    Po Box 17460,    Denver, CO 80217-0460
15005610     +New Pros Data,    155 Hidden Ravines Drive,    Powell, OH 43065-8739
15005613     +Novak Parker Appliances,    1016 E. Northwest Highway,    Mount Prospect, IL 60056-3493
15005614     +Office Depot Credit Plan,    Department 56-8101117745,    PO Box 689020,
               Des Moines, IA 50368-9020
15005615     +Paul & Sheila Palmer,    312 Woodview,    Lake Barrington Shores, IL 60010-1731
15005616     +Paul and Rhonda Rice,    8104 Bull Valley Road,    Woodstock, IL 60098-8111
15005617     +Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
15005618     +Pioneer Cabinetry, Inc.,    PO Box 280,    Davison, MI 48423-0280
15005619     +Plass Appliances,    1000 W. Northwest Highway,    Arlington Heights, IL 60004-5298
15005620     +Quintessential Barrington,    c/o Michael Davis Weis,    P.O. Box 1166,    Northbrook, IL 60065-1166
15005632     +R Steven Polachek,    1000 Hart Road,    Suite 300,    Barrington, IL 60010-2624
15005622   ++++REFLECTIONS IN GLASS,    27996 W INDUSTRIAL AVE STE 2,    LAKE BARRINGTON IL 60010-2533,
               Barrington, IL 60010
             (address filed with court: Reflections in Glass,      27 W. 996 Industrial Ave.,    #2,
               Barrington, IL 60010)
15005621     +Ralph Berbeka,    30 S. Chestnut,    Lake Zurich, IL 60047-1628
15005623     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
```

```
District/off: 0752-3          User: lorsmith               Page 2 of 3                   Date Rcvd: Jan 04, 2011
Case: 10-70262                Form ID: pdf006              Total Noticed: 107

15125727     +Rockford Mutual Insurance Company,    c/o Pretzel & Stouffer,    1 South Wacker Dr Suite 2500,
               Chicago IL 60606-4708
15005625     +Ron & Majella Tylka,    716 Carriage Drive North,    Island Lake, IL 60042-8429
15005627     +Sca/dkny Out,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
15005628      Sears/cbsd,    133200 Smith Rd,    Cleveland, OH 44130
15005629     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
15005630     +Shapes Supply CO.,    1501 Tonne Road,    Elk Grove Village, IL 60007-5004
15005631     +Specialty Store Services,    454 Jarvis St.,    Des Plaines, IL 60018-1912
15458064     +Sul Realty,    10 Revere Drive,    South Barrington, IL 60010-9584
15005634     +THD/cbsd,    PO Box 6497,    Sioux Falls, SD 57117-6497
15005635     +The Westye Group-Midwest,    23192 Network Place,    Chicago, IL 60673-1231
15125728     +Troy Dixler,    c/o Boyd & Kummer LLC,    20 S Clark Suite 500,    Chicago IL 60603-1832
15075366     +USAA,    PO Box 829009,    Dallas, TX 75382-9009
15759603     +USAA FEDERAL SAVINGS BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
15005637     +USAA Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
15005636     +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
15005640     +Victoria’s Secret,    Po Box 182273,    Columbus, OH 43218-2273
15005641     +Village of Barrington,    200 S. Hough St.,    Barrington, IL 60010-4322
15005642     +Wachovia Morgage, FSB,    4101 Wiseman Blvd.,    San Antonio, TX 78251-4200
15005644     +Wfnnb/ann Taylor,    Po Box 182273,    Columbus, OH 43218-2273
15005645     +Wfnnb/eddie Bauer,    995 W 122nd Ave,    Westminster, CO 80234-3417
15005647     +Wfnnb/express,    Po Box 182273,    Columbus, OH 43218-2273
15005650     +World Savings & Loan,    4101 Wiseman Blvd,    Attn: Bankruptcy,    San Antonio, TX 78251-4201
The following entities were noticed by electronic transmission on Jan 05, 2011.
15125732     +E-mail/Text: bankrup@nicor.com                            (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
15005538     +E-mail/Text: ldowd@first-community.net                            1st Comm Bk,    Po Box 1027,
               Shelbyville, TN 37162-1027
15005539     +E-mail/Text: ldowd@first-community.net                            1st Community Bank,
               P.O. Box 1027,    Shelbyville, TN 37162-1027
15810065      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 05 2011 01:21:20
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
15005573     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 05 2011 01:21:26     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
15900096      E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2011 01:15:09     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15005580     +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2011 01:15:09     GEMB / Old Navy,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
15005581     +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2011 01:15:09     Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
15005582     +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2011 01:15:09     Gemb/l&t,    Po Box 981400,
               El Paso, TX 79998-1400
15005586     +E-mail/Text: bankruptcy@hraccounts.com                           H & R Accounts Inc,    Po Box 672,
               Moline, IL 61266-0672
15005604     +E-mail/PDF: cr-bankruptcy@kohls.com Jan 05 2011 01:15:58     Kohls/chase,    Po Box 3115,
               Milwaukee, WI 53201-3115
15005612     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 0632,
               Aurora, IL 60507-0632
15005611     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
15005626     +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2011 01:15:09     Sams Club,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15005543      Argonne Ecu
15005649      Wfnnb/victorias Secret
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15005545*    +Associated Bank,    200 N Adams St,    Green Bay, WI 54301-5174
15005553*     Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
15005554*     Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
15005558*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
15005559*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
15005561*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15005568*    +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
15005567*    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15005569*    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15005574*    +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
15005575*    +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
15005587*    +H & R Accounts Inc,    Po Box 672,    Moline, IL 61266-0672
15005598*    +Illinois Department of Revenue,    PO Box 19035,    Springfield, IL 62794-9035
15005608*    +Nelnet,    Attn: Claims,    Po Box 17460,    Denver, CO 80217-0460
15005609*    +Nelnet,    Attn: Claims,    Po Box 17460,    Denver, CO 80217-0460
15005624*    +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
15005638*    +USAA Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
15005639*    +USAA Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
15005643*    +Wachovia Morgage, FSB,    4101 Wiseman Blvd.,    San Antonio, TX 78251-4200
```

```
District/off: 0752-3          User: lorsmith             Page 3 of 3              Date Rcvd: Jan 04, 2011
Case: 10-70262                Form ID: pdf006            Total Noticed: 107

            ***** BYPASSED RECIPIENTS (continued) *****
15005646*    +Wfnnb/eddie Bauer,    995 W 122nd Ave,    Westminster, CO 80234-3417
15005648*    +Wfnnb/express,    Po Box 182273,    Columbus, OH 43218-2273
15005651*    +World Savings & Loan,    4101 Wiseman Blvd,    Attn: Bankruptcy,    San Antonio, TX 78251-4201
                                                                                  TOTALS: 2, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2011**                **Signature:**   _Joseph Speetjens_