**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WALKER, JAMES RANDALL | § | Case No. 10-70262 |
| WALKER, KIMBERLY ANN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $629,300.00 | Assets Exempt: $45,550.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $7,592.26 | Claims Discharged Without Payment: $255,149.01 |
| Total Expenses of Administration: $3,010.02 | |

    3) Total gross receipts of $ 10,602.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,602.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $197,516.65 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,010.02 | 3,010.02 | 3,010.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 69,704.00 | 672,059.27 | 262,741.27 | 7,592.26 |
| **TOTAL DISBURSEMENTS** | $69,704.00 | $872,585.94 | $265,751.29 | $10,602.28 |

    4) This case was originally filed under Chapter 7 on January 26, 2010. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/24/2011          By: /s/JOSEPH D. OLSEN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Federal income tax refund | 1124-000 | 10,066.00 |
| 2009 state tax refund | 1224-000 | 535.00 |
| Interest Income | 1270-000 | 1.28 |
| **TOTAL GROSS RECEIPTS** | | **$10,602.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Community Bank of Bedford County | 4110-000 | N/A | 197,516.65 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$197,516.65** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,810.20 | 1,810.20 | 1,810.20 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 35.82 | 35.82 | 35.82 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,164.00 | 1,164.00 | 1,164.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | | 3,010.02 | 3,010.02 | 3,010.02 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Jae Sul | 7100-000 | N/A | 23,012.00 | 23,012.00 | 664.96 |
| 3 | Quintessential Barrington | 7100-000 | N/A | 1,888.00 | 1,888.00 | 54.56 |
| 4 | Baer Supply Co. | 7100-000 | N/A | 848.33 | 848.33 | 24.51 |
| 5 | R Steven Polachek | 7100-000 | N/A | 5,507.50 | 5,507.50 | 159.15 |
| 6 | USAA FEDERAL SAVINGS BANK | 7100-000 | 23,515.00 | 23,515.37 | 23,515.37 | 679.51 |
| 7 | Mastercraft Industries | 7100-000 | N/A | 3,567.18 | 3,567.18 | 103.08 |
| 8 | Glen and Maureen Roberts | 7100-000 | N/A | 6,810.00 | 6,810.00 | 196.78 |
| 9 | Christina Clary | 7100-000 | N/A | 2,390.57 | 2,390.57 | 69.08 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,717.32 | 4,717.32 | 136.31 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 22,759.40 | 22,759.40 | 657.66 |
| 12 | American Infosource Lp As Agent for | 7100-000 | N/A | 8,754.71 | 8,754.71 | 252.98 |
| 13 | Boehm & Boehm | 7100-000 | 25,513.00 | 25,513.48 | 25,513.48 | 737.25 |
| 14 | Pioneer Cabinetry, Inc. | 7100-000 | 13,294.00 | 12,799.50 | 12,799.50 | 369.86 |
| 15 | GE Money Bank | 7100-000 | N/A | 1,676.27 | 1,676.27 | 48.44 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GE Money Bank | 7100-000 | N/A | 104.45 | 104.45 | 3.02 |
| 17 | Chase Bank USA,N.A | 7100-000 | N/A | 109.59 | 109.59 | 3.17 |
| 18 | Troy Dixler | 7100-000 | N/A | 520,733.00 | 111,415.00 | 3,219.48 |
| 19 | Novak Parker Appliances | 7100-000 | 7,382.00 | 7,352.60 | 7,352.60 | 212.46 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 69,704.00 | 672,059.27 | 262,741.27 | 7,592.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70262  
**Case Name:** WALKER, JAMES RANDALL  
                WALKER, KIMBERLY ANN  
**Period Ending:** 05/24/11

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/26/10 (f)  
**§341(a) Meeting Date:** 03/04/10  
**Claims Bar Date:** 09/16/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6907 Mason Hill Road, McHenry, IL 60050 | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 301 Clyde Gleaves Road, Wartrace, TN | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account at Harris Bank, Woodstock branc | 750.00 | 0.00 | DA | 0.00 | FA |
| 4 | Normal household goods and furnishings | 750.00 | 0.00 | DA | 0.00 | FA |
| 5 | Normal wearing apparel for work and leisure | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401(k) - Kim Walker through employment at Boehri | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Barrington Homeworks, Inc., Barrington, IL; 100% | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2002 Ford F250 w/ 90,000 miles | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2009 Federal income tax refund | 12,066.00 | 10,066.00 | | 10,066.00 | FA |
| 10 | 2009 state tax refund (u) | 0.00 | 535.00 | | 535.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.28 | Unknown |
| 11 | Assets   Totals (Excluding unknown values) | **$641,366.00** | **$10,601.00** | | **$10,602.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Case has been fully administered.  Amended distribution filed the 3rd week in January 2011.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010    **Current Projected Date Of Final Report (TFR):**   January 3, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-70262  
**Case Name:** WALKER, JAMES RANDALL  
WALKER, KIMBERLY ANN  
**Taxpayer ID #:** **-***2970  
**Period Ending:** 05/24/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/10 | {9} | James R. Walker | 09 federal tax refund | 1124-000 | 10,066.00 | | 10,066.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 10,066.25 |
| 08/02/10 | {10} | James Walker | 09 State of Illinois refund | 1224-000 | 535.00 | | 10,601.25 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 10,601.87 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,601.95 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,602.04 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,602.12 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,602.21 |
| 01/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 10,602.28 |
| 01/27/11 | | To Account #9200******4566 | Distribution to creditors | 9999-000 | | 10,602.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,602.28 | 10,602.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,602.28 | |
| | | | **Subtotal** | | 10,602.28 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,602.28** | **$0.00** | |

{} Asset reference(s)

Printed: 05/24/2011 10:03 AM V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70262  
**Case Name:** WALKER, JAMES RANDALL  
WALKER, KIMBERLY ANN  
**Taxpayer ID #:** \*\*-\*\*\*2970  
**Period Ending:** 05/24/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*45-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/11 | | From Account #9200\*\*\*\*\*\*4565 | Distribution to creditors | 9999-000 | 10,602.28 | | 10,602.28 |
| 02/01/11 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,164.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,164.00 | 9,438.28 |
| 02/01/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,810.20, Trustee Compensation;  Reference: | 2100-000 | | 1,810.20 | 7,628.08 |
| 02/01/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $35.82, Trustee Expenses;  Reference: | 2200-000 | | 35.82 | 7,592.26 |
| 02/01/11 | 104 | Jae Sul | Dividend paid  2.88% on $23,012.00; Claim# 2; Filed: $23,012.00; Reference: | 7100-000 | | 664.96 | 6,927.30 |
| 02/01/11 | 105 | Quintessential Barrington | Dividend paid  2.88% on $1,888.00; Claim# 3; Filed: $1,888.00; Reference: | 7100-000 | | 54.56 | 6,872.74 |
| 02/01/11 | 106 | Baer Supply Co. | Dividend paid  2.88% on $848.33; Claim# 4; Filed: $848.33; Reference: | 7100-000 | | 24.51 | 6,848.23 |
| 02/01/11 | 107 | R Steven Polachek | Dividend paid  2.88% on $5,507.50; Claim# 5; Filed: $5,507.50; Reference: | 7100-000 | | 159.15 | 6,689.08 |
| 02/01/11 | 108 | USAA FEDERAL SAVINGS BANK | Dividend paid  2.88% on $23,515.37; Claim# 6; Filed: $23,515.37; Reference: | 7100-000 | | 679.51 | 6,009.57 |
| 02/01/11 | 109 | Mastercraft Industries | Dividend paid  2.88% on $3,567.18; Claim# 7; Filed: $3,567.18; Reference: | 7100-000 | | 103.08 | 5,906.49 |
| 02/01/11 | 110 | Glen and Maureen Roberts | Dividend paid  2.88% on $6,810.00; Claim# 8; Filed: $6,810.00; Reference: | 7100-000 | | 196.78 | 5,709.71 |
| 02/01/11 | 111 | Christina Clary | Dividend paid  2.88% on $2,390.57; Claim# 9; Filed: $2,390.57; Reference: | 7100-000 | | 69.08 | 5,640.63 |
| 02/01/11 | 112 | American Infosource Lp As Agent for | Dividend paid  2.88% on $8,754.71; Claim# 12; Filed: $8,754.71; Reference: | 7100-000 | | 252.98 | 5,387.65 |
| 02/01/11 | 113 | Boehm & Boehm | Dividend paid  2.88% on $25,513.48; Claim# 13; Filed: $25,513.48; Reference: | 7100-000 | | 737.25 | 4,650.40 |
| 02/01/11 | 114 | Pioneer Cabinetry, Inc. | Dividend paid  2.88% on $12,799.50; Claim# 14; Filed: $12,799.50; Reference: | 7100-000 | | 369.86 | 4,280.54 |
| 02/01/11 | 115 | Troy Dixler | Dividend paid  2.88% on $111,415.00; Claim# 18; Filed: $520,733.00; Reference: | 7100-000 | | 3,219.48 | 1,061.06 |
| 02/01/11 | 116 | Novak Parker Appliances | Dividend paid  2.88% on $7,352.60; Claim# 19; Filed: $7,352.60; Reference: | 7100-000 | | 212.46 | 848.60 |
| 02/01/11 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 3.17 | 845.43 |
| 02/01/11 | 118 | Chase Bank USA, N.A. | Combined Check for Claims#10,11 | | | 793.97 | 51.46 |
| | | | Dividend paid  2.88% on       136.31 $4,717.32;  Claim# 10; Filed: $4,717.32 | 7100-000 | | | 51.46 |
| | | | Dividend paid  2.88% on       657.66 | 7100-000 | | | 51.46 |

Subtotals :   $10,602.28   $10,550.82

{} Asset reference(s)

Printed: 05/24/2011 10:03 AM     V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-70262 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | WALKER, JAMES RANDALL | | **Bank Name:** | The Bank of New York Mellon |
| | WALKER, KIMBERLY ANN | | **Account:** | 9200-******45-66 - Checking Account |
| **Taxpayer ID #:** | **-***2970 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 05/24/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $22,759.40; Claim# 11;<br>Filed: $22,759.40 | | | | |
| 02/01/11 | 119 | GE Money Bank | Combined Check for Claims#15,16 | | | 51.46 | 0.00 |
| | | | Dividend paid 2.88% on 48.44<br>$1,676.27; Claim# 15;<br>Filed: $1,676.27 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.88% on 3.02<br>$104.45; Claim# 16;<br>Filed: $104.45 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,602.28 | 10,602.28 | $0.00 |
| | | | Less: Bank Transfers | | 10,602.28 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,602.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,602.28** | |

| | | |
|---|---|---|
| Net Receipts : | 10,602.28 | |
| Net Estate : | $10,602.28 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******45-65 | 10,602.28 | 0.00 | 0.00 |
| Checking # 9200-******45-66 | 0.00 | 10,602.28 | 0.00 |
| | $10,602.28 | $10,602.28 | $0.00 |